# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146440(126)

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
      Plaintiff-Appellant,

v

SC: 146440
COA: 306618
Court of Claims: 11-000033-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion for the temporary admission of Joe Huddleston to practice *pro hac vice* under MCR 8.126 on behalf of amicus curiae Multistate Tax Commission is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2014



Clerk